The clerk is directed to close the case.
Application Granted
**SO ORDERED**
Brooklyn, New York
Dated: 11/16/2021

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
CHANA DAUER, on behalf of herself and all others similarly situated consumers,

             Plaintiff,

    -against-

TATE & KIRLIN ASSOCIATES, INC.,

             Defendants.
------------------------------------x

**STIPULATION OF DISMISSAL**

21-CV-3864

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against all parties with prejudice and without costs to any party.

_____
ADAM J. FISHBEIN, ESQ.
ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, NY 11598
Attorney for plaintiff

_____
ARTHUR SANDERS, ESQ.
BARRON & NEWBURGER, P.C.
30 South Main Street
New City, New York 10956
Attorneys for defendants